# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ARLUS BANKS, JR., LAKHRAJ MANOHAR,**                             **PLAINTIFFS**
**RICHARD THROWBRIDGE, JARKEVIOUS COLLINS,**
**and DAVID WASHINGTON**

V.                **CASE NO. 3:16-CV-37-BSM-BD**

**CRAIGHEAD COUNTY DETENTION CENTER**
**and DOES**                                                        **DEFENDANTS**

## ORDER

Plaintiffs filed this lawsuit without the help of a lawyer. They allege that Defendants violated their constitutional rights while they were housed at the Craighead County Detention Center. (Docket entry #1) Plaintiffs Banks, Washington, and Throwbridge are apparently no longer incarcerated at the Craighead County Detention Center, as evidenced by mail returned to the Court marked "undeliverable." (#11, #12, #13, #14, #15, #16, #18, #19) These Plaintiffs have failed to inform the Court of their new addresses, as required by the Court's local rules.

If these Plaintiffs want to continue with this lawsuit, they each must provide notice of their new addresses to the Court within thirty (30) days of entry of this Order. Failure to comply with this Order may result in dismissal of their claims under Local Rule 5.5(c)(2).

IT IS SO ORDERED, this 17th day of March, 2016.

                                                                           _____
                                                                       UNITED STATES MAGISTRATE JUDGE