# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ARLUS BANKS, JR.,**  **PLAINTIFFS**
**LAKHRAJ MANOHAR,**
**RICHARD THROWBRIDGE,**
**JARKEVIOUS COLLINS, and**
**DAVID WASHINGTON**

v.    CASE NO. 3:16CV00037 BSM

**CRAIGHEAD COUNTY DETENTION CENTER, et al.**    **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. The claims raised by Banks, Throwbridge, Washington, and Collins are dismissed without prejudice for failure to prosecute this lawsuit and to comply with court orders.

2. Manohar's motion for reconsideration [Doc. No. 10] is denied, and his claims are dismissed without prejudice for failure to comply with the February 3, 2016, order.

IT IS SO ORDERED this 6th day of June 2016.

UNITED STATES DISTRICT JUDGE