IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARLUS BANKS, JR.,                                                       PLAINTIFFS
LAKHRAJ MANOHAR,
RICHARD THROWBRIDGE,
JARKEVIOUS COLLINS, and
DAVID WASHINGTON

v.                             CASE NO. 3:16CV00037 BSM

CRAIGHEAD COUNTY DETENTION CENTER, et al.           DEFENDANTS

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 6th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE